ACCEPTED
06-15-00124-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/8/2015 4:13:01 PM
DEBBIE AUTREY
CLERK

CAUSE NO. 06-15-00124-CR

| | | |
|---|---|---|
| LARRY JOE JONES | § | IN THE SIXTH |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | |
| STATE OF TEXAS | § | OF THE STATE OF TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/8/2015 4:13:01 PM
DEBBIE AUTREY
Clerk

## MOTION TO EXTEND DEADLINE FOR FILING APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Larry Joe Jones, the Appellant, in the above styled and numbered cause, and files this motion for an extension to November 9, 2015, to file the appellate brief. In support of this motion, appellant shows the following:

I.

The appellant was tried for the offense of Evading Arrest, in Brazos County, Texas, under Cause Number 14-02769-CRF-85. At the conclusion of the trial, the jury found the appellant guilty, and he was sentenced to seventy-five years in the Texas Department of Criminal Justice on May 5, 2015. A timely notice of appeal was filed in this case. The appellant's brief is due October 8, 2015.

II.

The reason for the extension of the deadline to file the appellant's brief is based on the following:

Appellant's counsel is reviewing the records regarding this appeal and requires more time to fully brief the matters regarding this cause. Appellant's counsel has recently

moved from central Texas to the Dallas/Fort Worth metroplex, which has necessitated many days of travel to resolve what are now out of county cases.  Counsel requires some more time to complete a thorough review and briefing of the issues in this case.

For these reasons, counsel moves that the deadline for the brief be extended until November 9, 2015.

RESPECTFULLY SUBMITTED,

/s/ David W. Crawford
David W. Crawford
State Bar No. 24031601
Crawford and Cruz PLLC
P.O. Box 1510
Austin, Texas  77806
Telephone (979) 575-9871
Telefacsimile (512) 237-7792
Email: dcrawford@crawfordcruz.com
Attorney for Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been furnished to the Attorney for the State presently assigned to this case, via fax.

Date: October 8, 2015

/s/ David W. Crawford
Attorney for Appellant

CAUSE NO. 06-15-00124-CR

| | | |
|---|---|---|
| LARRY JOE JONES | § | IN THE SIXTH |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | |
| STATE OF TEXAS | § | OF THE STATE OF TEXAS |

**ORDER**

On this day of _____, 201___, came to be heard Appellant's Motion for Extension of Time to File Appellant's Brief, and it appears to the court that this motion should be:

_____         GRANTED

_____         DENIED

IT IS THEREFORE ORDERED that the time for filing the appellant's brief in Cause No. 03-14-00334-CR _____ be extended to _____, 201__.

SIGNED and ENTERED this __ day of _____, 201__.

_____

JUDGE PRESIDING